## G. S. SINGLETERRY V. THE STATE.

No. 9767.   Delivered February 3, 1926.

**Driving Automobile While Intoxicated—No Statement of Facts—No Bills of Exception.**

No statement of facts, and no bills of exception appearing in this record the cause must be affirmed, and it is so ordered.

Appeal from the Criminal District Court of Dallas County. Tried below before the Hon. Felix D. Robertson, Judge.

Appeal from a conviction for driving an automobile while intoxicated, penalty sixty days in the county jail.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Appellant is under conviction for driving an automobile upon the public roads at a time when he was intoxicated, punishment being assessed at 60 days' confinement in the county jail.

No bills of exception nor statement of facts are found in the record, and in this condition nothing is presented to this court for review and the judgment is affirmed.

*Affirmed.*